**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § § § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO.  4:24-cv-02242 |
| | § | |
| AKHTAR ALI, | § | |
| | § | |
| Defendant. | § § | |
| | § | |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

The government provides notice that, because the relief requested in this case is no longer required, this action is voluntarily dismissed against the defendant pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

*s/Jimmy A. Rodriguez*
JIMMY A. RODRIGUEZ
Attorney in Charge
Assistant United States Attorney
Texas Bar No. 24037378
Federal ID No. 572175
NATASHA ALEXANDER
Assistant United States Attorney
Southern District No. 3770021
Texas Bar No.  24125476
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9532

Fax: (713) 718-3303
Jimmy.Rodriguez2@usdoj.gov
Natasha.Alexander@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on June 26, 2024, the foregoing was filed and provided to ICE representatives to serve on Defendant.

*s/ Jimmy A. Rodriguez*
Jimmy A. Rodriguez
Assistant United States Attorney